**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | : | **CASE NO.** 1:26-cr-111 |
| v. | : | **JUDGE** Byrne |
| | : | **INDICTMENT** |
| **ANTROINE EVANS,** Defendant. | : | **18 U.S.C. § 922(g)(1)** |
| | : | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession of a Firearm by a Prohibited Person)**

On or about October 9, 2026, in the Southern District of Ohio, the defendant, **ANTROINE EVANS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson model M&P Shield EZ 9mm pistol, bearing serial number NHP3211, and that firearm was in and affecting interstate commerce.

**In violation of 18 U.S.C. § 922(g)(1).**

**FORFEITURE ALLEGATION**

Upon conviction of Count 1 of this Indictment, the defendant, **ANTROINE EVANS**, shall forfeit to the United States, under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of such violation, including but not limited to the following:

a. a Smith & Wesson model M&P Shield EZ 9mm pistol, bearing serial number NHP3211, with any attachments, including a magazine; and

b. approximately 9 rounds of 9x19mm parabellum ammunition.

**SUBSTITUTE ASSETS**

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**A TRUE BILL.**

/s

**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE, II**
**UNITED STATES ATTORNEY**

**ALLISON BISIG OSWALL**
**STEPHEN D. CORDLE**
**ASSISTANT UNITED STATES ATTORNEYS**